# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**James P. Henfield Jr.,**<br>     Debtor. | Case No.:   19–41837–EJC<br>Judge:   Edward J. Coleman III<br>Chapter:   13 |

## ORDER DISMISSING CHAPTER 13 CASE BEFORE CONFIRMATION

Pursuant to 11 U.S.C. §1307 this Chapter 13 case is dismissed due to failure of the Debtor to appear at the Meeting of Creditors and failure to make promised plan payments.

IT IS THEREFORE THE ORDER OF THIS COURT that:

1)   This Chapter 13 case is dismissed;

2)   After deducting the costs of administration, including the balance of court costs due and attorney's fees (if applicable), the Trustee shall pay remaining funds to the debtor(s) unless a party in interest files a written objection within fourteen (14) days from the date of this order.

3)   Creditors are at liberty to pursue their legal remedies.



Edward J. Coleman III
United States Bankruptcy Judge
125 Bull St, Rm 213
P.O. Box 8347
Savannah, GA 31412

Dated **March 10, 2020**

*GAS13–53 (rev 04/19)* **RTC**